# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. J. BRENDAN DAY |
| v. | : | 25-mj-5028 (JBD) |
| JONATHAN ACEVEDO | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (Richard G. Shephard, Assistant U.S. Attorney, appearing), and defendant Jonathan Acevedo (by Aidan P. O'Connor, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through September 30, 2025.

2. This Court granted one § 3161(h)(7)(A) continuance previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after their arrest.

6.    The defendant, through counsel, has consented to this continuance.

7.    FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

    a. Plea negotiations may soon commence, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary;

    b. The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

    c. The defendant has consented to the aforementioned continuance;

    d. The grant of a continuance will likely conserve judicial resources; and

    e. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through September 30, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

Date: _____

                                      HON. J. BRENDAN DAY
                                      UNITED STATES MAGISTRATE JUDGE

Form and entry consented to:

_____      _____
Richard G. Shephard                          Aidan P. O'Connor
Assistant United States Attorney          Counsel for Jonathan Acevedo

_____
Martha K. Nye
Attorney-in-Charge
Trenton Branch Office